AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  2:12-CV-01720-JCM-VCF |
| AMERICAN ECONOMY INSURANCE COMPANY, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*    American Economy
Insurance Company _____ recover costs from the plaintiff *(name)*    Beazley Insurance Company
_____ .

☐  other:

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    James C. Mahan _____ on a motion for
Summary Judgment.

Date:    June 19, 2013 _____

*[signature]* James C. Mahan
UNITED STATES DISTRICT JUDGE