AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

BEAZLEY INSURANCE COMPANY, )
*Plaintiff* )
v. ) Civil Action No. 2:12-CV-01720-JCM-VCF
AMERICAN ECONOMY INSURANCE COMPANY, )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* American Economy Insurance Company recover costs from the plaintiff *(name)* Beazley Insurance Company.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge James C. Mahan on a motion for Summary Judgment.

Date: June 19, 2013

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE